**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

SAMUEL DONNELL WILLIAMS,                          Civil Action No. 2:26-cv-009

      Plaintiff,                                        Watson, J.
                                                  Litkovitz, M.J.
      vs.

SARAH DAGGETT MORRISON,                           **REPORT AND
                                                  RECOMMENDATION**

      Defendant.


On January 5, 2026, plaintiff Samuel Donnell Williams submitted a document entitled "Emergency Divine Writ of Mandamus," which appears to seek relief from actions taken in *Bank of America, N.A. v. Samuel D. Williams*, Case No. 2:25-cv-990 (S.D. Ohio), a case over which Chief Judge Morrison is the presiding district court judge.   (Doc. 1).

Plaintiff did not pay the $405.00 filing fee or file an application for leave to proceed *in forma pauperis* to initiate this action.   Instead, plaintiff filed a document entitled "Sacred Notice of Right to File Without Fee, Tax, or Commercial Barrier."   (Doc. 3).   "The applicable law here requires [plaintiff] to either pay the filing fee required by 28 U.S.C. § 1914(a) or submit an *in forma pauperis* application with accompanying financial information, 28 U.S.C. § 1915(a); *see also Truitt v. Cty. of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998)."   *In re El*, No. 2:17-mc-23, 2020 WL 2465007, at *2 (S.D. Ohio May 13, 2020)*.   There is no basis in federal law for allowing plaintiff to initiate this federal action based on the "Sacred Notice of Right to File Without Fee, Tax, or Commercial Barrier" document he submitted.

On January 12, 2026, the Court granted plaintiff an extension of time of 30 days to pay the required filing fee of $405.00 or submit an application to proceed *in forma pauperis* with the appropriate affidavit or declaration.   (Doc. 4).   The Court also directed the Clerk of Court to

submit to plaintiff an Application to Proceed Without Prepayment of Fees form.   Plaintiff was advised that if he failed to pay the filing fee or submit an application to proceed *in forma pauperis* within 30 days this matter will be closed on the docket of the Court.

To date, more than 30 days later, plaintiff has failed to comply with the Court's Orders. Accordingly, this matter should be dismissed without prejudice and terminated on the docket of this Court.

**IT IS SO RECOMMENDED.**

Date: 2/17/2026

Karen L. Litkovitz
United States Magistrate Judge

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

SAMUEL DONNELL WILLIAMS,

    Plaintiff,

    vs.

SARAH DAGGETT MORRISON,

    Defendant.

Civil Action No. 2:26-cv-009

Watson, J.
Litkovitz, M.J.

**NOTICE TO THE PARTIES**
**REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.   This period may be extended further by the Court on timely motion for an extension.   Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.   If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.   A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.   Failure to make objections in accordance with this procedure may forfeit rights on appeal.   *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).

3