**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Samuel Donell Williams,**

      **Petitioner,**

      **v.**

**Sarah Daggett Morrison,**
*in her official capacity as*
*Chief District Judge, United States*
*District Court for the Southern*
*District of Ohio,*

      **Respondent.**

**Case No. 2:26-cv-9**

**Judge Michael H. Watson**

**Magistrate Judge Litkovitz**

## ORDER

When Petitioner failed to pay the filing fee or move for leave to proceed *in forma pauperis*, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the case without prejudice for failure to prosecute. R&R, ECF No. 5. The R&R notified Petitioner of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 3. Petitioner failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a de novo review and **DISMISSES** Petitioner's Emergency Divine Writ of Mandamus **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment and terminate this case.

      **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**